No. 1414, Misc. STILTNER v. RHAY, PENITENTIARY SUPERINTENDENT, ET AL. Sup. Ct. Wash. Certiorari denied.

No. 1407, Misc. ROBERTS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1412, Misc. HIGGERSON v. UNITED STATES ATTORNEY GENERAL. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General·Marshall* for respondent.

No. 1413, Misc. MENEFIELD ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 1415, Misc. ROLLINS v VIRGINIA. Sup. Ct. App. Va. Certiorari denied. *Harry P. Friedlander* for petitioner.

No. 1424, Misc. PHILLIPS v. CARROLL. C. A. 7th Cir. Certiorari denied.

No. 1428, Misc. SMITH v. MAXWELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 588, Misc. DENNIS v. NEW YORK. Ct. App. N. Y. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se. Michael F. Dillon* for respondent.

No. 793, Misc. PONCE v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *David N. Rakov,* Deputy Attorney General, and *William E. James,* Assistant Attorney General, for respondent.